UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MYERS, | |
|---|---|
| Plaintiff, | Case No. 22-cv-07813-RS |
| v. | **ORDER DISMISSING CASE** |
| UCSF MEDICAL CENTER, et al., | |
| Defendants. | |

By prior order, the Report and Recommendation of the assigned magistrate judge that the complaint of pro se plaintiff Robert Myers be dismissed was adopted in full. Myers was granted leave to amend as to the claims and defendants specified in the Report and Recommendation, with the requirement that any amended complaint be filed by July 28, 2023. That deadline having expired, and no amended complaint or other request for relief having been filed, this action is dismissed. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 21, 2023

_____
RICHARD SEEBORG
Chief United States District Judge